In re Associated Ins. Consult., Inc.; Associated Auditors, Inc.; Physician’s Medical Ind. Assn.; Leme Reinsurance Limited; Numa, Inc.; Associated Finance Corporation; Associated Underwriter Inc.; GEMAR Inc.; Lloyd’s Assurance/LA; Lloyd’s Assurance/LA Inc.; — Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, Nos. CA95 1451, CA95 1452, CA95 1453; Parish of East Baton Rouge, 19th Judicial District Court, Div. “G”, Nos. 401,897, 401,898, 401,899.
Denied.
VICTORY, J., not on panel.